# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 2, 2015

## NO. 03-15-00558-CV

**ATX Painting Company, Inc., Appellant**

**v.**

**Fine Line Commercial, LLC, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BOURLAND

This is an appeal from the interlocutory order signed by the trial court on August 19, 2015. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.